LEBEDIN | KOFMAN
LLP
ATTORNEYS AT LAW
26 BROADWAY, 3RD FLOOR
NEW YORK, NY 10004
T (212)500-3273
F (855)696-6848

ARTHUR LEBEDIN*
RUSS KOFMAN+
MICHAEL LEINOFF+
JESSICA GORMAN+
KEVIN E. MORGAN+

\* Member N.Y. & N.J. Bar
\+ Member N.Y. Bar

May 12, 2023

**VIA ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*[Handwritten: 5/17/2023 — The requests to travel are approved  So ordered.  /s/ Paul A. Crotty  USDJ]*

Re: **United States v Dwayne Johnson, No. 23-cr-00088 (PAC)**

Dear Judge Crotty:

We represent Mr. Johnson in the above-referenced matter. We write to request a modification of the bail conditions set in this matter to allow Mr. Johnson to travel during the following dates:

First, Mr. Johnson would like to travel to Pueblo Bonita Resort, Sunset Beach, Cabo San Lucas, Mexico with his wife for their anniversary. If permitted to go, Mr. Johnson will travel via JetBlue on May 24th and returning on May 31st. Neither Pretrial Services nor the Government object to this request, so long as Mr. Johnson provides his hotel and flight reservation information.

Second, Mr. Johnson would like to travel to Woodbridge, Virginia with his family to attend the high school graduation of his daughter. If permitted to travel, Mr. Johnson will drive on June 4th and returning on June 6th. Neither Pretrial Services nor the Government object to this request.

Third, Mr. Johnson would like to travel to Keswick, Virginia with his family to attend the wedding of his cousin. If permitted to travel, Mr. Johnson will drive on June 22nd and returning on June 24th. Neither Pretrial Services nor the Government object to this request.

Finally, Mr. Johnson would like to travel to attend his daughter's wedding at Renaissance Wind Creek Aruba Resort, Oranjestad, Aruba. If permitted to travel, Mr. Johnson will travel via JetBlue on July 24th and return on July 29th. Neither Pretrial Services nor the Government object to this request, so long as Mr. Johnson provides his hotel and flight reservation information.

If the court has any questions, I may be reached at (917)392-4333.

Respectfully submitted,

/s/ Russ Kofman, Esq