LEBEDIN | KOFMAN
LLP
ATTORNEYS AT LAW
26 BROADWAY, 3RD FLOOR
NEW YORK, NY 10004
T (212)500-3273
F (855)696-6848

ARTHUR LEBEDIN*
RUSS KOFMAN+
MICHAEL LEINOFF+
JESSICA GORMAN+
KEVIN MORGAN+
BRAD LEVENTHAL+

\* Member N.Y. & N.J. Bar
\+ Member N.Y. Bar

June 22, 2023

**VIA ECF**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
26 Federal Plaza
New York, New York 10278

*[Handwritten notation: 6/23/2023 — The extension is granted with sentencing 7/28/2023 at 2:30 in Noordlender. /s/ Paul A. Crotty USDJ]*

RE: *US v. Dwayne Johnson 23 CR 88-001 (PAC)*

Dear Judge Crotty,

This Firm represents the Defendant, Dwayne Johnson, in the above-referenced matter. The defendant's sentencing is presently scheduled for June 28, 2023. However, Brad Leventhal has just joined this Firm and taken this case over from Kevin Morgan, who is no longer with us. Mr. Leventhal is in the process of activating his ECF account and I expect him to file his notice of appearance as soon as that is activated. He is new to this firm and to Mr. Johnson's case and is still in the process of compiling materials that we would like to make part of a sentencing submission on behalf of Mr. Johnson. Consequently, I am writing to respectfully request a postponement of Mr. Johnson's sentencing date and the due date of his sentencing submission. I am requesting until July 28, 2023 to file our submission, with a corresponding extension of time for the Government's submission, and an extension of the sentencing date to August 28, 2023.

The defense has not made any previous requests for an extension of time to file its sentencing submission or the sentencing date. Mr. Leventhal has contacted AUSA Steven Tugander about this request, and I have been informed the Government takes no position and leaves it at the discretion of your Honor.

I greatly appreciate the Court's consideration of this request and remain available should any additional information be needed. Thank you.

Respectfully submitted,

Lebedin Kofman, LLP
By: *s// Russ Kofman*
26 Broadway, 3rd Floor
New York, NY 10004
P. 212-500-3273
info@lebedinkofmanlaw.com

cc: AUSA Steven Tugander
steven.tugander@usdoj.gov